MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Craig & Carolyn Mathison

Chapter 7

Case No. 10-34044

Please Check One:

__X__   Unclaimed Dividends

_____   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Red River Collections<br>PO Box 7025<br>Fargo, ND 58106-7025 | 9 | $170.80 | $6.38 |

Date:  November 9, 2010

_____
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

